AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | /s/  Gregory T. Murphy |
|---|---|
| Date | Signature |

Print Name                                                                 Bar Number

Address

City                              State                           Zip Code

Phone Number                                                          Fax Number

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose Carlos Arreguin-Corona

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE NITA L. STORMES)**

11 UNITED STATES OF AMERICA,         )   Case No. 08MJ1900
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                     )
14 JOSE CARLOS ARREGUIN-CORONA,      )
                                     )
15           Defendant.               )
   _____   )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    June 24, 2008              /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jose Carlos Arreguin-Corona
25

26

27

28